ACCEPTED
15-25-00018-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/18/2025 4:33 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00018-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/18/2025 4:33:47 PM
CHRISTOPHER A. PRINE
Clerk

**PUBLIC UTILITY COMMISSION OF TEXAS,**
*Appellant / Cross-Appellee,*

v.

**CITY OF DENTON, OPERATING AS
DENTON MUNICIPAL ELECTRIC,**
*Appellee / Cross-Appellant.*

On Appeal from the 459th Judicial Court,
Travis County, Texas
Cause No. D-1-GN-23-008974

## JOINT MOTION FOR EXTENSION OF TIME

Appellant/Cross-Appellee Public Utility Commission of Texas ("PUC") and Appellee/Cross-Appellant City of Denton, Operating as Denton Municipal Electric ("DME"), jointly move for extension of time to file their reply briefs in support of their respective appeals before this Court.

1.    Appellant/Cross-Appellant's Reply Briefs are currently due on August 4, 2025.

2.    The PUC and DME seek a 20-day extension of time to file their reply briefs, which would make the briefs due on or before Monday, August 25, 2025.

3. This extension of time is necessary because of upcoming scheduling conflicts that would impact the briefing schedule in this matter.

4. Counsel for DME has three other appellate briefs due on Monday, August 4, 2025. Counsel for Cross-Appellant has two reply briefs due to the Thirteenth Court of Appeals in *Aranas County v. Western Steel Company and T2J Partners LLC*, No. 13-25-00148-CV. The same day, counsel for Cross-Appellant has an initial brief due in the appeal styled *Aransas County, Texas v. T2J Partners, LLC*, No. 13-25-00323-CV in the Thirteenth Court.

5. On July 28, 2025, counsel for Cross-Appellant has a reply brief due to this Court in the appeal styled *Nicholas Kreines, et al. v. ES3 Minerals, LLC.*, No. 15-25-00027-CV. Counsel for Appellants has another appellate brief also due on July 28, 2025, to the Thirteenth Court of Appeals in *Aransas County v. NorthStar Recovery Services, Inc.*, No. 13-25-00159-CV.

6. In addition to the pending appellate deadlines, counsel for Appellant has a series of 17 depositions that are scheduled to occur over four weeks beginning on July 31 in *ES3 Minerals, LLC v. Nicholas*

*Kreines, et al.*, Cause No. 24-BC03B-0005 (Third Division of the Texas Business Court).

7. Finally, lead counsel for DME will be out of the office July 25 through August 3, 2025.

8. Counsel for the PUC has to prepare for a hearing on the merits on July 29, 2025, in two related cases styled *TCCI Range-Mead 2021, LLC, v. Public Utility Commission of Texas*, Cause No. D-1-GN-008563 (459th Judicial District, Travis County, Texas) and *TCCI Ponder Farms 2021 LLC, v. Public Utility Commission of Texas*, Cause No. D-1-GN-24-010011 (250th Judicial District, Travis County, Texas).

9. Additionally, counsel for the PUC has an appellate brief due to this Court on August 15, 2025, in the appeal styled *City of College Station v. Public Utility Commission of Texas*, No. 15-25-00096-CV.

Should the Court grant this Joint Motion, Appellant's and Cross-Appellant's briefs in support of their respective appeals would be due on or before August 25, 2025.

This request for extension is not brought for purposes of delay, but so that justice may be done, and so the matters at issue may be fully and appropriately briefed for the Court.

For these reasons, the Parties request that this Court grant their Joint Motion for Extension of Time and that their respective reply briefs, will be due on or before August 25, 2025.

Respectfully submitted,

| | |
|---|---|
| **LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.** | **OFFICE OF THE ATTORNEY GENERAL OF TEXAS – ENVIRONMENTAL PROTECTION DIVISION** |

**LLOYD GOSSELINK
  ROCHELLE & TOWNSEND, P.C.**
816 Congress Avenue, Suite 1900
Austin, Texas 78701
(512) 322-5800 Phone
(512) 472-0532 Facsimile

By:  */s/ Jose E. de la Fuente*
     JOSE E. de la FUENTE
     State Bar No. 00793605
     jdelafuente@lglawfirm.com
     GABRIELLE C. SMITH
     State Bar No. 24093172
     gsmith@lglawfirm.com
     JAMIE L. MAULDIN
     State Bar No. 24065694
     jmauldin@lglawfirm.com
     ROSLYN M. WARNER
     State Bar No. 24117520
     rwarner@lglawfirm.com

**ATTORNEYS FOR APPELLEE /
CROSS-APPELLANT**

**OFFICE OF THE ATTORNEY
  GENERAL OF TEXAS –
  ENVIRONMENTAL
  PROTECTION DIVISION**
P.O. Box 12548 (MC-066)
Austin, Texas 78711-2548
(512) 463-2012 Phone
(512) 320-0911 Facsimile

By:  */s/ Jordan Pratt*
     JOHN R. HULME
     State Bar No. 10258400
     John.Hulme@oag.texas.gov
     JORDAN PRATT
     State Bar No. 24140277
     Jordan.Pratt@oag.texas.gov

**ATTORNEYS FOR APPELLANT /
CROSS-APPELLEE**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Daniels on behalf of Jose de la Fuente
Bar No. 00793605
cdaniels@lglawfirm.com
Envelope ID: 103336329
Filing Code Description: Motion
Filing Description: Joint Motion for Extension of Time to File Reply Briefs
Status as of 7/18/2025 4:49 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Katherine Coleman | 24059596 | kcoleman@omm.com | 7/18/2025 4:33:47 PM | SENT |
| Jamie Mauldin | 24065694 | jmauldin@lglawfirm.com | 7/18/2025 4:33:47 PM | SENT |
| Gabrielle Smith | 24093172 | gsmith@lglawfirm.com | 7/18/2025 4:33:47 PM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 7/18/2025 4:33:47 PM | SENT |
| John RHulme | | John.Hulme@oag.texas.gov | 7/18/2025 4:33:47 PM | SENT |
| Jose E.de la Fuente | | jdelafuente@lglawfirm.com | 7/18/2025 4:33:47 PM | SENT |
| Amy Hoffee | | amy.hoffee@cityofdenton.com | 7/18/2025 4:33:47 PM | SENT |
| Chris Ekoh | | chris.ekoh@opuc.texas.gov | 7/18/2025 4:33:47 PM | SENT |
| Justin Swearingen | | justin.swearingen@opuc.texas.gov | 7/18/2025 4:33:47 PM | SENT |
| Jordan Pratt | | Jordan.Pratt@oag.texas.gov | 7/18/2025 4:33:47 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 7/18/2025 4:33:47 PM | SENT |
| John Hubbard | | jhubbard@omm.com | 7/18/2025 4:33:47 PM | SENT |
| Christiana Segura | 24143396 | christiana.segura@opuc.texas.gov | 7/18/2025 4:33:47 PM | SENT |
| James ScottMcCarley | | scott.mccarley@oag.texas.gov | 7/18/2025 4:33:47 PM | SENT |
| Devin Alexander | | devin.alexander@cityofdenton.com | 7/18/2025 4:33:47 PM | SENT |
| Roslyn Warner | | rwarner@lglawfirm.com | 7/18/2025 4:33:47 PM | SENT |
| Michael McMillin | | mmcmillin@omm.com | 7/18/2025 4:33:47 PM | SENT |
| Sharbel Sfeir | | sharbel.sfeir@opuc.texas.gov | 7/18/2025 4:33:47 PM | SENT |
| Marcella Lunn | | marcella.lunn@cityofdenton.com | 7/18/2025 4:33:47 PM | SENT |
| Michael Martinez | | michael.martinez@opuc.texas.gov | 7/18/2025 4:33:47 PM | SENT |